**Electronically Filed
Supreme Court
SCWC-24-0000603
04-AUG-2026
10:39 AM
Dkt. 17 OGAC**

SCWC-24-0000603

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE MATTER OF
THE ATHERTON RICHARDS TRUST OF SEPTEMBER 19, 1972.
(CAAP-23-0000273 and CAAP-24-0000603;
CASE NOS. 1TR141000145 and 1TR181000071)

--------------------------------------------

HERBERT M. RICHARDS, III, and PATRICIA K. RICHARDS
(aka PATRICIA RICHARDS GILES), Petitioners/Claimants-Appellees,

vs.

RIKI MAY AMANO, Respondent/Respondent-Appellant, and
JOHN RICHARDS and PAMELA KETCHUM,
Respondents/Respondents-Appellees.
(CAAP-24-0000075; CASE NO. 1CSP-23-0000978)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(Devens, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Malinao, in place of Ginoza, J., recused,
and Circuit Judge Bernard Lee, assigned by reason of vacancy)

Pursuant to this court's discretion set forth in

Hawai'i Revised Statutes § 602-59(a), Petitioners

Herbert M. Richards, III and Patricia K. Richards's Application

for Writ of Certiorari, filed on June 12, 2026, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, August 4, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Clarissa Y. Malinao

/s/ Annalisa M. Bernard Lee